# EXHIBIT A

Case 2:10-cr-00299-MMM   Document 86-1   Filed 07/19/10   Page 1 of 5   Page ID #:479



UNITED STATES SECRET SERVICE
**MEMORANDUM OF INTERVIEW**

Date of interview:     03/11/2010

Conducted by:          SA Daryl Diamond and SA Matt Mayo

File #:

Subject:               Interview of Saak Avakyants

On 03/11/2010, USSS agents of the Los Angeles Field Office, members of the Los Angeles Police Department, and members of Child Protective Service served a federal arrest warrant for Saak Avakyants at ▒▒▒ ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ North Hollywood, CA 91606. Avakyants was identified and taken into custody without incident.

Prior to an interview asked Avakyants for consent to search his residence for any evidence in the nature of Access Device Fraud. I then read the consent to search form 1922 to Avakyants in the presence of SA Matt Mayo. Avakyants consented to the search and signed the waiver.

Avakyants was also read the Miranda Warning and Consent to Speak form 1737B. Avakyants acknowledged he understood his rights, verbally waived his rights, and signed the Consent to Speak form 1737B. From approximately 7:20am to 8:15am hours, SA Mayo, LAPD detective Pete Miranda, and I interviewed Avakyants in his living room. Avakyants provided the following information:

Avakyants stated he is employed as a taxi driver and lives with his wife and three (3) kids. Avakyants went on to say that he works as a taxi driver Thursday through Saturday and the rest of the week he takes care of his children.

Avakyants admitted being the registered owner of two (2) vans but went on to say that he does not drive them. Avakyants stated other Armenians, who are not his friends, drive the vans and pay him $400 a week.

Avakyants first stated he was unfamiliar with what the vans were used for but then admitted that the vans were used to purchase fuel with credit cards. Avakyants then stated that the blue van works more than the white van because the white van is sometimes broken.

Avakyants then stated that he purchased credit cards somewhere on a Los Angeles street corner for $10 to $20 dollars a card.

Avakyants was unwilling to provide any more information. Avakyants stated that he is going to jail if he does or doesn't speak so he was ready to go to jail.

The consensual search took place by US Secret Service Agents as SA Mayo, LAPD Miranda, and I spoke with Avakyants. SA Sabin located 37 gift cards in the master bedroom in-between the mattress and box spring. Within the cards located under the mattress there were (17) Subway gift cards, (9) Texaco/Chevron gift cards, (7) Love's food and fuel gift cards, (2) Pilot gift cards, and (2) JCPenney gift cards. All cards were recovered as evidence.

Also in the master bedroom, SA Sabin located a Marlboro Lights cigarette box on the bedside table that contained (8) gift cards. Within the cards located in the cigarette box there were (3) Love's food and fuel gift cards, (2) Texaco/Chevron gift cards, (1) Subway gift card, (1) Shell gift card, and (1) HFC Bank private banking card. Of the (8) cards located, (5) of them had an "X" written on the front of the card. All cards were recovered as evidence.

Also in the master bedroom, SA Sabin located (9) gas receipts torn in large pieces in an ashtray on the bedside table next to the bed. Each of the (9) receipts contained a different credit card number.

Sark Avakyants interview 3/11/10

Diamond, Mayo, LAPD Miranda    7:20a - living room

he doesn't know why we are here
he is a taxi driver
works Fri - Sun after bars close
Mon - Thur takes care of kids
also has Samson - J
works for Santa Monica city cab - no dispatch
818-679-5361 - call # on side of cab to get ride
he owns 2 vans but doesn't drive them

his kids names are
Samson, John, Arson

wanted to move into bedroom — 7:38a bedroom

Vans are driven by Armenians - not his friends
they buy gas w/ credit cards
pay Sark $400 a week to drive van
blue van works more b/c white van breaks

buys credit cards on corner in L.A. (downtown)
$10-$20 per card
goes there once every couple of months
buys 5-10 cards

475

## MEMORANDUM OF RECORD

| TO | DATE |
|---|---|
|  | 11/25/09 |

| INFORMATION RECORDED BY | FILE |
|---|---|
| SA Daryl Diamond | 403-769-172510 |

| SUBJECT |
|---|
| Surveillance Report |

| CONTACT | OFFICE | TELEPHONE NO. |
|---|---|---|
|  | LAX/403 |  |

**DETAILS**

**Agents:**
SA Lahr


**Duration: (All times are approximate)**
11:55am - 2:30pm

**Start location:**
2616 N. Glenoaks Blvd, Burbank (Valero gas station)

**11:55am**
White Chevrolet van (6JEG909) offloading fuel into gas station underground tank

**12:02pm**
Older Armenian male exits Valero and drives van (6JEG909) around to street-side parking

**12:20pm**
Two young Armernians exit Valero and depart in black Mercedes (5UHX607)

**2:24pm**
Young Armenian male exits Valero - appears to be employee at station

**2:30pm**
**DISCONTINUE**

UNITED STATES SECRET SERVICE
This form was electronically produced via OmniForm by USSS/ADMIN/MNO/PARS

SSF 1932 (01-75)

**487**