DECLARATION OF DARYL DIAMOND

I, DARYL DIAMOND, declare as follows:

1. I have personal knowledge of the following facts. If called and sworn as a witness, I could and would competently testify to these facts.

2. I am a Special Agent ("SA") with the United States Secret Service in the Los Angeles Field Office.

3. On March 11, 2010, I was involved with the interview of Saak Avakyants at 6041 Whitsett Ave, Apt 306, North Hollywood, CA 91606.

4. Avakyants was identified at the above listed apartment and taken into custody without incident upon execution of a federal warrant for Avakyants' arrest.

5. On the above listed date, I sat Avakyants on the couch in the living room of Apartment 306 and asked him for consent to search the apartment for any evidence relating to access device fraud.

   a. Avakyants verbally consented to my request in English.

   b. I then read the United States Secret Service Form SSF 1922 (Consent to Search) to Avakyants in the presence of United States Secret Service SA Matt Mayo and Los Angeles Police Department Detective Pete Miranda.

   c. Avakyants again consented verbally in English and signed his name, date, and time on the SSF 1922.

//
//
//

1      6.  I also read Avakyants his Miranda Rights via United
2  States Secret Service Form SSF 1737B (Miranda Warning - Warning
3  as to your Rights).
4      a.  I then asked Avakyants if he understood his
5  rights.
6      b.  Avakyants verbally, in English, acknowledged that
7  he understood his rights and then wrote "yes" next to the
8  question on SSF 1737B.
9      c.  Avakyants then wrote his initials next to where he
10 wrote "yes".
11     d.  I then asked Avakyants if he waived these rights
12 and would talk to us.
13     e.  Avakyants, verbally and in English, waived his
14 rights and then wrote "yes" next to the question on SSF 1737B.
15     f.  Avakyants wrote his initials next to where he
16 wrote "yes".
17     g.  Avakyants then signed, dated, and wrote the time
18 on the SSF 1737B.
19     8.  For approximately the next hour, I interviewed
20 Avakyants while speaking English.  Avakyants appeared to
21 understand my questions as I asked them, and answered my
22 questions in English.
23     9.  Detective Miranda and SA Mayo each asked Avakyants
24 questions in English in my presence.  Avakyants appeared to
25 understand Detective Miranda and SA Mayo's questions as
26 Detective Miranda and SA Mayo asked them, and answered Detective
27 Miranda and SA Mayo's questions in English.
28

JUL-30-2010 16:00   USSS LOS ANGELES   213 533 4336   P.003

10. Immigration and Customs Enforcement (ICE) Agent Alexander Levitin was also present in the apartment during the interview, and asked Avakyants questions in Russian.

    a. Agent Levitin's questions did not pertain to the substance of my interview with Avakyants.

    b. Agent Levitin's questions were in reference to Avakyants' family who was present in the apartment while we were there.

11. I first asked Avakyants if he knew why we were at his apartment and he denied knowing why we were there.

12. I asked Avakyants how he was employed and he stated that he was a taxi driver for Santa Monica Cab. He stated he only works on weekends after the bars close. He also stated that he is not dispatched to calls but individuals needing a ride would call him by getting the number off the side of his taxi. He also stated that during the week he took care of his three (3) children.

13. I asked Avakyants if he owned any full size vans and he admitted to being the owner of two (2) vans but continued to say that he does not drive them. He stated other Armenians, who are not his friend, drive the vans and pay Avakyants $400 a week to drive the vans.

14. I asked Avakyants what the vans were used for and he first denied knowing what the vans were used for but then admitted the vans were used to purchase fuel using credit cards.

15. Avakyants also stated that "the blue van is worked more than the white van because the white van is sometimes broken."

16. I asked Avakyants where he got credit cards to purchase gas and he stated he has purchased credit cards somewhere on a Los Angeles street corner for $10 to $20 a card. He also stated that he purchases 5-10 credit cards at a time and goes to the Los Angeles corner once every couple of months.

17. Avakyants then refused to answer further questions, and stated that he was going to jail if he spoke to us or not so he was ready to go to jail.

18. Avakyants appeared to understand everything that was explained to him in English and asked in English. Avakyants answered all questions and made all statements in English. At no time did Avakyants ask for an interpreter.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 30 day of July, 2010, in Los Angeles, California.

DARYL DIAMOND
Special Agent
United States Secret Service