# DECLARATION OF MATTHEW J. MAYO

I, MATTHEW J. MAYO, declare as follows:

1. I have personal knowledge of the following facts. If called and sworn as a witness, I could and would competently testify to these facts.

2. I am a Special Agent ("SA") employed by the United States Secret Service, Los Angeles Field Office.

3. On March 11, 2010, I was present for the interview of Saak Avakyants at his residence, 6041 Whitsett Avenue, Apt #306, North Hollywood, CA.

4. On the above listed date I witnessed SA Diamond verbally advise Mr. Avakyants of his Miranda Rights via United States Secret Service form SSF 1737B (Miranda Warning – Warning as to your rights).

   a. SA Diamond verbally advised him of his rights in English, and Mr. Avakyants appeared to understand what SA Diamond was saying.

   b. After reading Mr. Avakyants his Miranda Warning, SA Diamond then asked Mr. Avakyants if he understood his rights.

   c. Mr. Avakyants responded in English that he did understand his rights and he wrote "yes" next to the question, "Do you understand your rights?"

   d. Mr. Avakyants also put his initials "S.A." near the response "yes."

5. SA Diamond then asked Mr. Avakyants, "Are you willing to waive these rights and talk to us?" I witnessed Mr. Avakyants verbally answer "yes," write "yes" next to this question as it was printed out on SSF form 1737B, and write his initials "S.A."

1  next to where he wrote "yes" on SSF form 1737B.
2     6.   I also witnessed Mr. Avakyants date and sign SSF form
3  1737B.
4     7.   From what I observed in the interview that followed,
5  Mr. Avakyants was able to understand and answer questions in
6  English. I asked Mr. Avakyants questions in English and he was
7  able to comprehend my questions and provide answers to my
8  questions in English.
9     8.   At various times, Mr. Avakyants was spoken to by
10 Immigration and Customs Special Agent Alexander Levitin in
11 another language that I did not understand.
12    I declare under penalty of perjury, under the laws of the
13 United States of America, that the foregoing is true and correct.
14 Executed this  2  day of  August , 2010, in Los Angeles,
15 California.

                                    _____
                                    MATTHEW J. MAYO
                                    Special Agent
                                    United States Secret Service