EXHIBIT B



# UNITED STATES SECRET SERVICE
## MEMORANDUM OF INTERVIEW

Date of interview:     03/11/2010

Conducted by:          SA Daryl Diamond and SA Matt Mayo

File #:                ▊▊▊▊▊▊▊▊▊

Subject:               Interview of Saak Avakyants

---

On 03/11/2010, USSS agents of the Los Angeles Field Office, members of the Los Angeles Police Department, and members of Child Protective Service served a federal arrest warrant for Saak Avakyants at ▊▊▊▊ ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ North Hollywood, CA 91606. Avakyants was identified and taken into custody without incident.

Prior to an interview asked Avakyants for consent to search his residence for any evidence in the nature of Access Device Fraud. I then read the consent to search form 1922 to Avakyants in the presence of SA Matt Mayo. Avakyants consented to the search and signed the waiver.

Avakyants was also read the Miranda Warning and Consent to Speak form 1737B. Avakyants acknowledged he understood his rights, verbally waived his rights, and signed the Consent to Speak form 1737B. From approximately 7:20am to 8:15am hours, SA Mayo, LAPD detective Pete Miranda, and I interviewed Avakyants in his living room. Avakyants provided the following information:

Avakyants stated he is employed as a taxi driver and lives with his wife and three (3) kids. Avakyants went on to say that he works as a taxi driver Thursday through Saturday and the rest of the week he takes care of his children.

Avakyants admitted being the registered owner of two (2) vans but went on to say that he does not drive them. Avakyants stated other Armenians, who are not his friends, drive the vans and pay him $400 a week.

Avakyants first stated he was unfamiliar with what the vans were used for but then admitted that the vans were used to purchase fuel with credit cards. Avakyants then stated that the blue van works more than the white van because the white van is sometimes broken.

Avakyants then stated that he purchased credit cards somewhere on a Los Angeles street corner for $10 to $20 dollars a card.

Avakyants was unwilling to provide any more information. Avakyants stated that he is going to jail if he does or doesn't speak so he was ready to go to jail.

The consensual search took place by US Secret Service Agents as SA Mayo, LAPD Miranda, and I spoke with Avakyants. SA Sabin located 37 gift cards in the master bedroom in-between the mattress and box spring. Within the cards located under the mattress there were (17) Subway gift cards, (9) Texaco/Chevron gift cards, (7) Love's food and fuel gift cards, (2) Pilot gift cards, and (2) JCPenney gift cards. All cards were recovered as evidence.

Also in the master bedroom, SA Sabin located a Marlboro Lights cigarette box on the bedside table that contained (8) gift cards. Within the cards located in the cigarette box there were (3) Love's food and fuel gift cards, (2) Texaco/Chevron gift cards, (1) Subway gift card, (1) Shell gift card, and (1) HFC Bank private banking card. Of the (8) cards located, (5) of them had an "X" written on the front of the card. All cards were recovered as evidence.

Also in the master bedroom, SA Sabin located (9) gas receipts torn in large pieces in an ashtray on the bedside table next to the bed. Each of the (9) receipts contained a different credit card number.

469