EXHIBIT D

## MEMORANDUM OF RECORD

| | |
|---|---|
| **DATE** | 11/25/09 |
| **INFORMATION RECORDED BY** | SA Daryl Diamond |
| **FILE** | |
| **SUBJECT** | Surveillance Report |
| **CONTACT** | |
| **OFFICE** | LAX/403 |
| **TELEPHONE NO.** | |

**DETAILS**

**Agents:**
SA Lahr

**Duration: (All times are approximate)**
11:55am - 2:30pm

**Start location:**
2616 N. Glenoaks Blvd, Burbank (Valero gas station)

**11:55am**
White Chevrolet van (6JEG909) offloading fuel into gas station underground tank

**12:02pm**
Older Armenian male exits Valero and drives van (6JEG909) around to street-side parking

**pm**
young Armernians exit Valero and depart in black Mercedes (5UHX607)

**2:24pm**
Young Armenian male exits Valero - appears to be employee at station

**2:30pm**
DISCONTINUE

UNITED STATES SECRET SERVICE
This form was electronically produced via OmniForm by USSS/ADMIN/MNO/PARS

SSF 1932 (01-75)