EXHIBIT E

DATE 3/11/10

LOCATION ████████████████

## CONSENT TO SEARCH

I, Saak Avakyants, have been informed of my constitutional right not to have a search made of the premises and/or automobile mentioned without a search warrant. I have also been informed of my right to refuse to consent to such a search. However, I hereby authorize US Secret Service Agents and LAPD, SA Diamond and other agents and officers

Title(s)/Name(s) of Agent(s) or Officer(s) and Agency Name(s)

to conduct a complete search of the premises and/or automobile at ████████████████ ████████, N. Hollywood CA.

These officers/agents are authorized by me to take from the premises and/or automobile any letters, papers, materials, or other property which is contraband or evidence in the nature of Access Device Fraud.

Included in this authorization is my consent for the agents/officers (and any other person(s) designated to assist, including but not limited to a computer forensic examiner) to take from the above location(s) any computer hardware and storage media, including but not limited to internal hard disk(s), external hard drives, floppy diskettes, compact discs, DVDs, USB drives, scanners, printers, and other computer/electronic hardware; and any other electronic storage devices, including but not limited to, personal digital assistants, cellular telephones, electronic pagers, and any other electronic equipment capable of storing, retrieving, and/or accessing data, and any media necessary to assist in the accessing of said electronic data, to include software and related manuals. These personnel are further authorized to conduct a complete search/copy/download of all computer/electronic media.

I understand that any contraband or evidence may be used against me in a court of law.

This written permission is given by me voluntarily. I have not been threatened, placed under duress, or promised anything in exchange for my consent. I have read this form, or it has been read to me, and I understand my rights and have been able to communicate with the agents/officers.

I understand that I may withdraw my consent at any time for any reason and I may also ask for a receipt for all things taken/searched/copied/duplicated/downloaded.

Signature of Witness: _____

Signature of Consentor: X _____

Date: 03/11/10  SA   Time: 7:15 AM

.1 is not subject to the requirements of P.L. 104-13, "Paperwork Reduction Act of 1995." 44 USC, Chapter 35.

UNITED STATES SECRET SERVICE                                              SSF 1922 (Rev. 11/2009)

88