SEAN K. KENNEDY (No. 1456328)
Federal Public Defender
Email:  Sean_Kennedy@fd.org
CARLTON F. GUNN (No. 112344)
Deputy Federal Public Defender
Email: Carlton_Gunn@fd.org
Office of the Federal Public Defender
321 E. 2nd Street
Los Angeles, California  90012-4758
Telephone (213) 894-1700

Attorneys for Defendant
SAAK AVAKYANTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAAK AVAKYANTS,<br><br>Defendant. | NO. CR 10-299-MMM<br><br>**RESPONSE TO GOVERNMENT'S OPPOSITION TO MOTION TO SUPPRESS STATEMENTS**<br><br>Hearing Date:   August 23, 2010<br>Hearing Time:  1:15 p.m. |

Defendant Saak Avakyants, through his counsel of record, Deputy Federal Public Defender Carlton F. Gunn, hereby waives his right to file a reply to the government's opposition to his Motion to Suppress Statements.  The government's opposition makes clear that the Court's ruling on the motion must turn on facts which the Court can determine only after an evidentiary hearing, such as whether Mr. Avakyants is credible when he indicates that he understood his right to remain silent and right to counsel, but not his right to appointed counsel; whether his work as a taxi driver and residence here in a city with a large Armenian community means he must understand English so well that he must also have understood the rights as set forth in the relatively technical language of a Miranda rights form; and whether what English he does know and was able to use in generally answering the agents' questions about

1  non-legal subjects means he understands English so well that he must also have

2  understood the rights as set forth in the relatively technical language of a Miranda

3  rights form.

4

5                                          Respectfully submitted,

6                                          SEAN K. KENNEDY
                                           Federal Public Defender

7

8
   DATED: August 9, 2010              By_____/s/_____

9                                          CARLTON F. GUNN
                                           Deputy Federal Public Defender

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28