SEAN K. KENNEDY (No. 1456328)
Federal Public Defender
Email: Sean_Kennedy@fd.org
CARLTON F. GUNN (No. 112344)
Deputy Federal Public Defender
Email: Carlton_Gunn@fd.org
Office of the Federal Public Defender
321 E. 2nd Street
Los Angeles, California 90012-4758
Telephone (213) 894-1700

Attorneys for Defendant
SAAK AVAKYANTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAAK AVAKYANTS, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO. CR 10-299-MMM <br><br> **JOINDER IN CODEFENDANT HAYRAPET AVETISYAN'S MOTION TO DISMISS AND MOTION TO DISMISS IDENTICAL COUNTS** <br><br> Hearing Date: August 30, 2010 <br> Hearing Time: 1:15 p.m. |

Defendant Saak Avakyants, through his counsel of record, Deputy Federal Public Defender Carlton F. Gunn, hereby joins in codefendant Hayrapet Avetisyan's motion to dismiss Count 19 of the indictment and partially dismiss Count 1 of the indictment. Defendant Avakyants additionally moves to dismiss Counts 16, 17, 18, 20, and 21 of the indictment, which are identical to Count 19 except for the defendants named, and so are deficient and fail to state an offense for the same reasons as Count 19 is deficient and fails to state an offense. In support of this

//
//
//
//

1 additional motion, defendant Avakyants relies on and fully incorporates by reference
2 the arguments made in codefendant Avetisyan's motion.

                                        Respectfully submitted,

                                        SEAN K. KENNEDY
                                        Federal Public Defender

DATED: August 10, 2010        By    /s/
                                          CARLTON F. GUNN
                                          Deputy Federal Public Defender