SEAN K. KENNEDY (No. 145632)
Federal Public Defender
Email: Sean_Kennedy@fd.org
CARLTON F. GUNN (No. 112344)
Deputy Federal Public Defender
Email: Carlton_Gunn@fd.org
Office of the Federal Public Defender
321 E. 2nd Street
Los Angeles, California 90012-4758
Telephone (213) 894-1700

Attorneys for Defendant
SAAK AVAKYANTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR 10-299-MMM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF ASSERTION OF RIGHTS UNDER COURT'S DISCOVERY CUT-OFF DATE** |
| SAAK AVAKYANTS, | ) | |
| Defendant. | ) | |

On May 25, 2010, pursuant to stipulation of the parties, the Court continued trial in this matter to September 7, 2010 and set related dates agreed to by the parties. Among those dates was a discovery cut-off date of August 2, 2010.

At the time this date was set, there was outstanding a discovery request from defendant Saak Avakyants, set forth in a discovery letter dated May 7, 2010 and attached as Exhibit A. Counsel for the government indicated in telephone conversations on June 11, 2010 and July 7, 2010 and in an e-mail on July 23, 2010 that he would respond to the discovery letter. Despite this, all the government has provided to date are the Miranda waiver form and consent form requested in paragraph 4 of the May 7, 2010 letter, and those were provided not as discovery but in

the form of exhibits to the government's opposition to defendant Avakyants's Motion to Suppress Statements.

Given that the discovery cut-off date is now well past and the government has still not provided the discovery requested in defendant Avakyants's May 7, 2010 request, defendant Avakyants gives notice that he objects to introduction of any evidence which is the subject of the May 7, 2010 discovery request. Specifically included in the evidence to which defendant Avakyants will object are the following:

1. Better copies of the photographs described in paragraph 1 of the May 7, 2010 discovery letter.
2. The gift cards seized from defendant Avakyants's home, which are described in paragraph 6 of the May 7, 2010 discovery letter.
3. Any and all transcripts of the recordings described in the second to last paragraph of the May 7, 2010 discovery letter.

Defendant Avakyants also reserves the right to object to any other evidence not provided by the discovery cut-off date, whether or not within the scope of the May 7, 2010 discovery letter.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: August 11, 2010        By_____/s/_____
                                CARLTON F. GUNN
                                Deputy Federal Public Defender