# EXHIBIT A

**FEDERAL PUBLIC DEFENDER**
CENTRAL DISTRICT OF CALIFORNIA
321 EAST 2nd STREET
LOS ANGELES, CALIFORNIA 90012-4202
213-894-2854
213-894-0081 FAX

SEAN K. KENNEDY
*Federal Public Defender*
**DEAN R. GITS**
*Chief Deputy*

AMY M. KARLIN
*Directing Attorney*
*Santa Ana Office*
**JESUS G. BERNAL**
*Directing Attorney*
*Riverside Office*

Direct Dial: (213) 894-1700

May 7, 2010

Dorothy Kim
Assistant United States Attorney
1100 United States Courthouse
Los Angeles, California 90012

    re: *United States v. Saak Avakyants*

Dear Ms. Kim:

    I am writing to request additional discovery in this matter. Specifically, I would like the following:

1. Better copies of the photographs appearing at Bates pages 61-63 and copies of the other photographs which the e-mail preceding those pages suggests were provided.

2. Better copies of Bates pages 203-05, which have vertical blank spaces through them.

3. The Bates pages skipped in the discovery you provided with your April 6, 2010 discovery letter, including at least Bates pages 470-74 and 476-86, and possibly additional pages after 487.

4. The written *Miranda* and consent forms which the report at Bates pages 468-69 states Mr. Avakyants signed.

5. Any and all reports of the seizure, search, and disposition of the vehicles described in the complaint as "Subject Vehicle 1" and "Subject Vehicle 2."

Dorothy Kim
Assistant United States Attorney
May 7, 2010
Page 2

6. Copies of the front and back of all gift cards seized at Mr. Avakyants' house on the day he was arrested.

7. Copies of all reports, inventories, and other records reflecting any other evidence that was seized at Mr. Avakyants' house on the day he was arrested.

Finally, please let me know what your intentions are with respect to preparing and/or offering into evidence transcripts of the telephone conversation recordings you have provided in discovery. Please also note it is my position that any "rough draft" transcripts provided to the government are discoverable under various rules of evidence and that I will want any proposed "final" transcripts provided sufficiently in advance of trial that I have the opportunity to check the translations and transcriptions.

Thank you in advance for your cooperation.

Sincerely,

CARLTON F. GUNN
Deputy Federal Public Defender

:CFG