# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CR 10-00299-MMM | Date | August 25, 2010 |

| | |
|---|---|
| Present: The Honorable | MARGARET M. MORROW |
| Interpreter | N/A |

| ROEL REYES FOR ANEL HUERTA | N/A | JAY H. ROBINSON (NP) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Prsnt | Cust. | Bond | Attorneys for Defendants: | Prsnt | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Saak Avakyants | NOT | ✔ | | 1. Carlton F. Gunn, DFPD | NOT | ✔ | |
| 3. Hovsep Hovsepyan | NOT | ✔ | | 3. Akop Baltayan | NOT | | ✔ |

**Proceedings:**   IN CHAMBERS - ORDER SETTING CHANGE OF PLEA HEARING

The court hereby sets a change of plea hearing on **Friday, August 27, 2010 at 11:00 a.m.**

: 00

CR-11 (09/98)   **CRIMINAL MINUTES - GENERAL**   Initials of Deputy Clerk RR