**GERARDO A. GONZALEZ**
**Attorney at Law**
**State Bar No. 238204**
**101 West Broadway, Suite 1950**
**San Diego, CA 92101-8220**
**Tel: (619) 236-8459**
**FAX: 238-9914**

Attorney for Defendant
Sergey Mkrtychyan

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|         Plaintiff, | )  Case No. CR-10-00299 MMM |
| | ) |
| vs. | )  **JOINT MOTION TO CONTINUE** |
| SAAK AVAKYANTS, | )  **TRIAL DATE AND FINDINGS** |
| VAHE MANUKYAN, | )  **REGARDING EXCLUDABLE TIME** |
| HOVSEP HOVSEPYAN, | )  **PERIODS PURSUANT TO SPEEDY** |
| HAYAPET AVETISYAN, and | )  **TRIAL ACT** |
| SERGEY MKRTYCHYAN, | ) |
| | ) |
|         Defendant(s). | ) |
| _____ | ) |

      Defendant Sergey Mkrtychyan, by and through his counsel of record, GERARDO A.

GONZALEZ, and defendant Vahe Manukyan, by and through his counsel of record,  ALEX R.

KESSEL defendant Hayarpet Avetisyan, by and through his counsel of record,  MARK S.

WINDSOR, and plaintiff  United States of America, by and through its counsel of record

Assistant United States Attorney JAY HOWARD ROBINSON, hereby stipulate as follows:

      1.     On August 30, 2010, the Court held a status conference at which time defendant

SergeyMkrtychyan, by and through his counsel of record, GERARDO A. GONZALEZ, moved

to continue the trial date from September 7, 2010 to January 25, 2011 at 8:30 a.m..

      2.    The continuance was requested for the following reasons: newly substituted

defense counsel, Gerardo A.Gonzalez, requires time to review discovery in preparation for trial

and to discuss possible resolution with the prosecution. The Court granted the motion and

1    directed attorney Gonzalez to prepare and submit a Stipulation between the parties, the proposed

2    Order, and proper Excludable Time.

3          3.      Proper Excludable time periods pursuant to the speedy trial act are based on the

4    following: (i)  The ends of justice served by the continuance outweigh the best interest of the

5    public and defendant in a speedy trial; (ii) failure to grant the continuance would be  likely to

6    make continuation of the proceeding impossible, or result in a miscarriage of justice, and (iii)

7    failure to grant the continuance would unreasonably deny defense counsel the reasonable time

8    necessary for effective preparation, taking into account the exercise of due dilligence.

9          4.   The Excludable time period herein requested to be found is from September 7, 2010

10   to January 25, 2011.

11         5.      By this Stipulation the parties jointly move to continue the trial date to January 25,

12   2011 at, 8:30 a.m..

13

14   **SO STIPULATED.**

15

16   DATED: September 1, 2010                    *s/ Gerardo A. Gonzalez*

17                                               _____
                                                 **GERARDO A. GONZALEZ**
18                                               Attorney for Sergey Mkrtychyan

19

20   DATED: September 1, 2010

21                                               _____
                                                 **ALEX R. KESSEL**
22                                               Attorney for Vahe Manukyan

23                                               *s/ Mark S. Windsor*

24   DATED: September 1, 2010                    _____
                                                 **MARK S. WINDSOR**
25                                               Attorney for Hayarpet Avetisyan

26

27   DATED: September 1, 2010

28                                               _____
                                                 **JAY HOWARD ROBINSON**
                                                 Assistant United States Attorney