1 directed attorney Gonzalez to file a Stipulation between the parties, the proposed order, and
2 proper excludable time.

3     3.    Proper Excludable time periods pursuant to the speedy trial act are based on the
4 following: (i) The ends of justice served by the continuance outweigh the best interest of the
5 public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to
6 make continuation of the proceeding impossible, or result in a miscarriage of justice, and (iii)
7 failure to grant the continuance would unreasonably deny defense counsel the reasonable time
8 necessary for effective preparation, taking into account the exercise of due dilligence.

9     4.    The Excludable time period herein requested to be found is from September 7, 2010
10 to January 25, 2011.

11     5.    By this Stipulation the parties jointly move to continue the trial date to January 25,
12 2011 at, 8:30 a.m..

14 **SO STIPULATED.**

16 DATED: September 1, 2010

17                                        **GERARDO A. GONZALEZ**
                                       Attorney for Sergey Mkrtychyan

20 DATED: September 1, 2010

                                       **ALEX R. KESSEL**
                                       Attorney for Vahe Manukyan

23 DATED: September 1, 2010

                                       **MARK S. WINDSOR**
                                       Attorney for Hayarpet Avetisyan

27 DATED: September 1, 2010

                                       **JAY HOWARD ROBINSON**
                                       Assistant United States Attorney

1  directed attorney Gonzalez to file a Stipulation between the parties, the proposed order, and
2  proper excludable time.
3      3.   Proper Excludable time periods pursuant to the speedy trial act are based on the
4  following: (i) The ends of justice served by the continuance outweigh the best interest of the
5  public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to
6  make continuation of the proceeding impossible, or result in a miscarriage of justice, and (iii)
7  failure to grant the continuance would unreasonably deny defense counsel the reasonable time
8  necessary for effective preparation, taking into account the exercise of due dilligence.
9      4.   The Excludable time period herein requested to be found is from September 7, 2010
10 to January 25, 2011.
11     5.   By this Stipulation the parties jointly move to continue the trial date to January 25,
12 2011 at, 8:30 a.m..

**SO STIPULATED.**

DATED: September 1, 2010

_____
GERARDO A. GONZALEZ
Attorney for Sergey Mkrtychyan

DATED: September 1, 2010

_____
ALEX R. KESSEL
Attorney for Vahe Manukyan

DATED: September 1, 2010

_____
MARK S. WINDSOR
Attorney for Hayarpet Avetisyan

DATED: September 1, 2010

_____
JAY HOWARD ROBINSON
Assistant United States Attorney